**JUDGE WOODS**

AO 241
(Rev. 01/15)

19 CV 04387

Page 2

### PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
### HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Southern District of N.Y. |
|---|---|

| Name (under which you were convicted): Ramon Gutierrez | Docket or Case No.: |
|---|---|

| Place of Confinement : Green Haven Corr. Fac. | Prisoner No.: 09-A-3702 |
|---|---|

| Petitioner (include the name under which you were convicted) Ramon Gutierrez | v. | Respondent (authorized person having custody of petitioner) Jamie LaManna, Superintendent Green Haven C.F., et. al. |
|---|---|---|

| The Attorney General of the State of: New York (Leticia James) |
|---|

### PETITION

1.    (a) Name and location of court that entered the judgment of conviction you are challenging:

County Court, Albany County

Albany County Judicial Center, Albany, N.Y. 12207

    (b) Criminal docket or case number (if you know):    2-7087

2.    (a) Date of the judgment of conviction (if you know): 9/2002

    (b) Date of sentencing:    11/2002

3.    Length of sentence:    22 years to life

4.    In this case, were you convicted on more than one count or of more than one crime?    ☒ Yes    ☐ No

5.    Identify all crimes of which you were convicted and sentenced in this case: Criminal Sale of a Controlled Substance in the 1st Degree and Criminal Possession of a Controlled Substance in the 1st degree

6.    (a) What was your plea? (Check one)

    ☒  (1)    Not guilty    ☐  (3)    Nolo contendere (no contest)

    ☐  (2)    Guilty    ☐  (4)    Insanity plea

AO 241
(Rev. 01/15)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?    N/A

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury    ☐ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☒ No

8.   Did you appeal from the judgment of conviction?

☐ Yes    ☒ No

9.   If you did appeal, answer the following:

(a) Name of court:    N/A

(b) Docket or case number (if you know):    N/A

(c) Result:    N/A

(d) Date of result (if you know):    N/A

(e) Citation to the case (if you know):    N/A

(f) Grounds raised:    N/A

_____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    ☐ Yes    ☒ No

If yes, answer the following:

(1) Name of court:    N/A

(2) Docket or case number (if you know):    N/A

(3) Result:    N/A

(4) Date of result (if you know):    N/A

AO 241
(Rev. 01/15)

(5) Citation to the case (if you know):     N/A

(6) Grounds raised:     N/A

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☒ No

     If yes, answer the following:

     (1) Docket or case number (if you know):     N/A

     (2) Result:     N/A

     (3) Date of result (if you know):     N/A

     (4) Citation to the case (if you know):     N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☒ Yes    ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

   (a)    (1) Name of court:   County Court, Albany County

         (2) Docket or case number (if you know):   2-7087

         (3) Date of filing (if you know):   4/2016

         (4) Nature of the proceeding:   Motion to Vacate Judgement

         (5) Grounds raised:   The state court lacked jurisdiction over the Petitioner because the forceful abduction of the Petitioner violated the extradition treaty.

         (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

         ☐ Yes    ☒ No

         (7) Result:   Denied

         (8) Date of result (if you know):

AO 241
(Rev. 01/15)

    (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court:     N/A

        (2) Docket or case number (if you know):    N/A

        (3) Date of filing (if you know):    N/A

        (4) Nature of the proceeding:    N/A

        (5) Grounds raised:    N/A

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ❏ Yes     ❏ No

        (7) Result:    N/A

        (8) Date of result (if you know):

    (c) If you filed any third petition, application, or motion, give the same information:

        (1) Name of court:    N/A

        (2) Docket or case number (if you know):    N/A

        (3) Date of filing (if you know):    N/A

        (4) Nature of the proceeding:    N/A

        (5) Grounds raised:    N/A

AO 241
(Rev. 01/15)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____ N/A _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:    ☒ Yes    ☐ No

(2) Second petition:   ☐ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____ N/A _____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available
state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set
forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**  The Petitioner's forceful abduction, after the Dominican
Republic authorized his extradition constituted a treaty violation.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*** See attached page 6a ***

(b) If you did not exhaust your state remedies on Ground One, explain why:  The State Court ruled that
the alleged treaty violation must be brought in a federal court.

PETITIONER'S FORCEFUL ABDUCTION AFTER THE
DOMINICAN REPUBLIC AUTHORIZED HIS EXTRADITION
CONSTITUTED A TREATY VIOLATION.


On October 29, 2008, Dominican authorities arrested the Petitioner on an extradition warrant. The Petitioner challenged his extradition in court. The Court ruled the United States extradition request was valid, but ordered the United States to lower the already imposed 22 years to life sentence; because the law of the Dominican Republic forbids extradition of Dominican nationals to serve more than 30 years. In good faith, the Dominican authorities held the Petitioner in custody to give the U.S. time to change the sentence. The U.S. refused.

The Petitioner filed a writ of habeas corpus to be released from custody and another Dominican court gave the United States an additional 30 day good faith extension to change the sentence. However, two weeks after the court granted the second extension, three U.S. marshals entered the Dominican Republic and kidnapped the Petitioner and handed him over to New York State to serve his life sentence. (See attached Memorandum of Law).

AO 241
(Rev. 01/15)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☐ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:   I was sentenced in

absentia. I was Kidnapped and returned to custody six years

later and the time to appeal expired.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   Motion to Vacate Judgment

Name and location of the court where the motion or petition was filed:   County Court, Albany

County, Albany Judicial Center, Albany N.Y. 12207

Docket or case number (if you know):   2-7087

Date of the court's decision:   Not sure

Result (attach a copy of the court's opinion or order, if available):   Denied

(3) Did you receive a hearing on your motion or petition?          ☐ Yes     ☒ No

(4) Did you appeal from the denial of your motion or petition?          ☒ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   Leave to Appeal Denied

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):   N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

Page 8

AO 241
(Rev. 01/15)

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have
used to exhaust your state remedies on Ground One: I filed a state Habeas Corpus and sever-
al Grievances with the Department of Corrections requesting to be
released from custody.

**GROUND TWO:** Immigration and customs agents should have ordered
me back to the Port of entry

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Immigration and customs enforcement tried to deport me after I began
serving my sentence. During those proceedings they learned of the
kidnapping and terminated the proceedings. However, because my status
in this country is like being detained at the border, they should
have returned me to the border and repatriated me.

(b) If you did not exhaust your state remedies on Ground Two, explain why: N/A

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know):

Date of the court's decision:

AO 241
(Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available): _____

_____

— — — — — — — — — — — — — — — — — — — — — — — —

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

— — — — — — — — — — — — — — — — — — — — — — — —

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

— — — — — — — — — — — — — — — — — — — — — — — —

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

AO 241
(Rev 01/15)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c)   **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐  Yes     ☐  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

       ☐  Yes      ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?                          ☐  Yes     ☐  No

(4) Did you appeal from the denial of your motion or petition?                     ☐  Yes     ☐  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐  Yes     ☐  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 241
(Rev 01/15)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:  _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why:  _____

_____

_____

_____

(c)  **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐  Yes     ☐  No

(2) If you did not raise this issue in your direct appeal, explain why:  _____

_____

_____

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐  Yes     ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  _____

AO 241
(Rev. 01/15)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                          ❏ Yes     ❏ No

(4) Did you appeal from the denial of your motion or petition?                     ❏ Yes     ❏ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ❏ Yes     ❏ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

13.    Please answer these additional questions about the petition you are filing:

   (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

          having jurisdiction?   ☒ Yes    ☐  No

          If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

          presenting them:    _____

          _____

          _____

          _____

   (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

          ground or grounds have not been presented, and state your reasons for not presenting them:

          Ground two is an immigration issue and has been appeal

          to the Board of Immigration Appeals.

          _____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

       that you challenge in this petition?      ☐   Yes    ☒ No

       If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

       raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

       of any court opinion or order, if available.  _ __  _ _ N/A _ _  _ __ __ _ __ _ __ _ __ __ _ __

       _____

       _____

       _____

       _____

       _____

       _____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

       the judgment you are challenging?      ☐   Yes    ☒ No

       If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

       raised.    _____N/A_____

       _____

       _____

       _____

AO 241
(Rev. 01/15)

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:        Unknown

(b) At arraignment and plea:       Unknown

(c) At trial:        Castillo Gaspar (Disbarred)

(d) At sentencing:    Gaspar

(e) On appeal:     N/A

(f) In any post-conviction proceeding:       N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        ☐  Yes    ☒  No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

N/A

(b) Give the date the other sentence was imposed:        N/A

(c) Give the length of the other sentence:       N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        ☐  Yes    ☒  No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

There is no appeal process to challenge the Petitioner's kid-
napping. And as a result of the forceful abduction of the
Petitioner, he has been in perpetual custody of the Immigra-
tion and customs Enforcement, thus his status in this country
is as if he is stuck at the border.

AO 241
(Rev. 01/15)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
       custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

       (A)    the date on which the judgment became final by the conclusion of direct review or the expiration
              of the time for seeking such review;

       (B)    the date on which the impediment to filing an application created by State action in violation of
              the Constitution or laws of the United States is removed, if the applicant was prevented from
              filing by such state action;

       (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court,
              if the right has been newly recognized by the Supreme Court and made retroactively applicable to
              cases on collateral review; or

       (D)    the date on which the factual predicate of the claim or claims presented could have been
              discovered through the exercise of due diligence.

AO 241
(Rev. 01/15)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with
respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
under this subsection.

Therefore, petitioner asks that the Court grant the following relief:     To be released from custody.

or any other relief to which petitioner may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.