UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON GUTIERREZ.

                Petitioner,

    - against -

ORANGE COUNTY SHERIFF CARL DUBOIS, et al.,

                Respondents.

**ORDER**

20 Civ. 2079 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government is directed to respond or otherwise move with respect to the petition by **April 17, 2020**.

Dated: New York, New York
       March 17, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge