UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON GUTIERREZ,

                Petitioner,

    v.

CARL DUBOIS, Sheriff, Orange County Jail, et al.,

                Respondents.

**ORDER**

20 Civ. 2079 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Respondents filed their opposition to Petitioner's petition on April 20, 2020. It is hereby ORDERED that Petitioner will have until May 22, 2020 to file any reply.

Dated:  New York, New York
         April 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge