UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON GUTIERREZ,

                    Petitioner,

    v.

CARL DUBOIS, Sheriff, Orange County Jail, et al.,

                    Respondents.

**ORDER**

20 Civ. 2079 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Petitioner filed a motion for leave to file an amended petition on May 11, 2020. (Dkt. No. 44)  Respondents are hereby ORDERED to respond by May 15, 2020.

Dated:  New York, New York
         May 12, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge