UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON GUTIERREZ,

                Petitioner,

    v.

CARL DUBOIS, Sheriff, Orange County Jail, et al.,

                Respondents.

**ORDER**

20 Civ. 2079 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Petitioner filed a motion for a temporary restraining order on May 22, 2020. (Dkt. No. 50)  Respondents are hereby ORDERED to respond by **May 27, 2020 at 5:00 p.m.**

Dated:  New York, New York
        May 22, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge